# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SALLY KING | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1881-S |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |

### ORDER

This Order addresses the Agreed Motion to Dismiss with Prejudice [ECF No. 14]. Upon review and consideration of the motion, the Court **GRANTS** the Agreed Motion. All claims that Plaintiff asserts, or could have asserted, against Defendant in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED May 22, 2023.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**